———o———

ARTHUR M. BROWN, Respondent, *vs.* THE HANNIBAL & ST. JOSEPH RAILROAD COMPANY, Appellant.

1. Kenney vs. Hann. & St. Joe R. R. *ante* p. 476 affirmed.

*Appeal from Grundy Circuit Court.*

*James Carr*, for Appellant.

*Shanklin, Low & McDougal*, for Respondent.

NAPTON, Judge, delivered the opinion of the court.

This case involves the same question decided at this term in the case of Kenney vs. the same defendant.

The judgement is affirmed. The other judges concur. Judges Wagner and Vories absent.